UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

June 10, 2005

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Timi Wallace
CR00-122S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

*Doreen L. Baldinelli*
DEPUTY CLERK

ENC: Certified Docket, Transcripts dated October 6, 2004; October 12, 2004; October 13, 2004; October 13, 2004; October 15, 2004; October 14, 2004