USDC-RI
00-00122

# United States Court of Appeals
## For the First Circuit

No. 05-1142

UNITED STATES OF AMERICA,

Appellee,

v.

TIMI WALLACE,

Defendant, Appellant.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: ________ Date: 8/14/2006

**JUDGMENT**

Entered: August 14, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Timi Wallace's conviction is affirmed, his sentence is vacated, and the case is remanded to the district court for resentencing.

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Ms. Goldstein, Ms. Vilker, Mr. Lockhart, & Ms. Mizner.]