00-00122
USDC-RIPR
J. Smith

# United States Court of Appeals
## For the First Circuit

---

No. 05-1142

UNITED STATES OF AMERICA,

Appellee,

MANDATE

v.

TIMI WALLACE,

Defendant, Appellant.

2006 SEP -6 P 3: 48
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

**JUDGMENT**

Entered: August 14, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Timi Wallace's conviction is affirmed, his sentence is vacated, and the case is remanded to the district court for resentencing.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 9/6/06

By the Court:

...G DONOVAN

Richard Cushing Donovan, Clerk

[Certified copies to Hon. William E. Smith and Mr. David DiMarzio, Clerk, United States District Court for Rhode Island. Copies to Ms. Goldstein, Ms. Vilker, Mr. Lockhart, & Ms. Mizner.]