UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CR00-122S

TIMI WALLACE

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ORDERED that the Federal Public Defender be appointed to represent said defendant in this cause until further order of the Court.

By Order

/s/ Doreen L. Baldinelli
Deputy Clerk
November 28, 2006

ENTER:

WEsmith

WILLIAM E. SMITH
U.S. DISTRICT JUDGE
11/29/06