**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 00-122S** |
| **TIMI WALLACE** | : | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Timi Wallace, and moves to continue the sentencing in this matter presently scheduled for March 8, 2007 to April 12, 2007 on the grounds that defense counsel needs additional time to meet with Mr. Wallace and consult with him.

TIMI WALLACE
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Stephanie Browne, AUSA and United States Probation Office on the 28th day of February 2007.

/s/ Edward C. Roy, Esquire