**IN THE DISTRICT COURT OF THE UNITED STATES**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CR. No. 00-122S |
| | : | |
| TIMI WALLACE | : | |

**GOVERNMENT'S MOTION FOR CHANGE IN SENTENCING DATE**

The United States of America, by and through its undersigned attorneys, respectfully moves, on the following grounds, to change the date scheduled for the sentencing hearing:

1. At the request of the defendant, this Court recently continued the sentencing hearing in this case from March 8, 2007 to April 13, 2007.

2. One of the victims of the underlying offense, Don DiBiasio, eagerly wishes to address the Court at sentencing. Mr. DiBiasio has advised the undersigned that he is scheduled to be out of town from April 11, 2007 through April 18, 2007. He has asked me to respectfully request that the Court move the date of the sentencing hearing, either forward or backward, so that he

will be able to attend. The undersigned's schedule is open on all upcoming days with the exception of May 4, 2007.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/LEE H. VILKER
LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:(401)709-5000
Fax:(401)709-5001
Email:lee.vilker@usdoj.gov

**CERTIFICATE OF SERVICE**

In hereby certify that on the 6th day of March, 2007, a copy of the within Government's Motion, was delivered by electronic filing to the following:

Edward C. Roy, Jr., Esq.
Assistant Federal Public Defender
10 Weybosset Street
Suite 300
Providence, R.I. 02903

/s/LEE H. VILKER
LEE H. VILKER
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel:(401)709-5000
Fax:(401)709-5001
Email:lee.vilker@usdoj.gov