UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 00-122 S

TIMI WALLACE :

**MOTION FOR WITHDRAWAL/ DISMISSAL OF COUNSEL: AND APPOINTMENT OF NEW COUNSEL FOR RESENTENCING PURPOSES.**

Comes now Pro Se defendant: Timi Wallace in the above-entitled case , and respectfully moves this honourable court for dismissal of Counsel and appointment of new Counsel for resentencing purposes. And states the following in support thereof:

1/. Irreconsible differences exist between counsel and defendants, creating a Conflict of Interest, that requires dismissal of Counsel in the Interest of Justice.

2/. Viz, the Government has alleged various arguments to support enhancement of defendant's sentence. Counsel has fail--though repeatedly instructed by defendant-- to proffer/offer a valid defense to the government's argument, ditto, i.e., Use of **Apprendi, Booker,** etc., to successfully rebutt government's claims.

3/. Counsel has failed to make timely objections to the extent that the Circuit Court has ruled that certain issues were forfeited as a corollary.

4/. Counsel's objection brief on behalf of defendant is deficient--to the extent, Counsel, though instructed by client-- has not permitted defendant to view and pass upon the merits of response prior to submission. So that important issues defendant wanted raised were not incorporated into objection's brief.

5/. Counsel has failed to extend to defendant necessary time during Attorney visits to discuss merits of case. Defendant has the right under the Sixth Amendment to make his own defense. Counsel has failed to allow defendant to participate in the preparation of his case.

6/. Counsel has failed to retrieve certain mitigating evidence that would support innocence of defendant to charges.

7/. Counsel has failed to object or challenge the Government's relitigation of issues that were considered and ruled invalid by the Appellate Court in **U.S.VS.WALLACE,** 461 F.3d 15, (1st Cir. 2006).

8/. Though instructed by Defendant--Counsel has failed to furnish all Discoverable Materials necessary to the preparation for Collateral challenge. (§2255).

9/. Counsel has failed to seek a downward departure in this case.

## CONCLUSION

It is customary that the District Court conforms to the mandate of the Appellate Court. For all the following reasons, Defendant respectfully prays this honourable Court grant his motion to Withdraw counsel and to appoint new counsel for purposes of resentencing, in the interest of Justice.

4-6-07
DATE

Sincerly,

TIMI WALLACE,
56593054,
Donald W. Wyatt Detention Facility,
950 High Street,
Central Falls, RI 02863.

## CERTIFICATION

I hereby certify that the original and four copies of the enclosed documents were sent via institution U.S. mail to: U.S. District Court, District of Rhode Island, Two Exchange Terrace, Providence, RI 02903, this 4-6-07 day of April, 2007.

CC.: Lee H. Vilker,
AUSA,
U.S. Attorney's Office,
50 Kennedy Plaza, 8th Floor,
Providence, RI 02903.

Edward C. Roy,Jr., Esq.,
Assistant Federal Public Defender,
10 Weybosset Street, Suite 300,
Providence, RI. 02903.