**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **VS.** | : | **CR. NO. 00-122S** |
| **TIMI WALLACE** | : | |

**MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Timi Wallace, and moves to continue the sentencing in this matter for an additional two weeks to allow the Defendant to have additional time to consult with his attorney. A hearing was held on Mr. Wallace's request for dismissal of counsel on April 19, 2007. The matter was continued to allow defense counsel additional time to consult with Mr. Wallace. Defense counsel requests he be afforded an additional continuance to allow for additional time to consult with Mr. Wallace regarding the issues posed by the re-sentencing.

TIMI WALLACE
By his attorney,

/s/ EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281
Fax (401) 528 - 4285
Email: Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I electronically-filed and served a copy of the within on Lee Vilker, AUSA and United States Probation Office on the 20th day of April 2007.

/s/ Edward C. Roy, Esquire