UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 00-122-02 S |
| | : | |
| TIMI WALLACE | : | |

**ORDER DENYING WITHOUT PREJUDICE**
**DEFENDANT'S MOTION**
**FOR WITHDRAWAL/DISMISSAL OF COUNSEL**

Before the Court is Defendant's Motion for Withdrawal/ Dismissal of Counsel[] and Appointment of New Counsel for Resentencing Purposes (Document #195) (the "Motion"). The Court conducted a hearing on the Motion on April 19, 2007, and continued the matter for a further hearing on April 24. The Court directed that Defendant and his counsel confer in the meantime. When the hearing resumed on April 24, Defendant and his counsel confirmed that they had conferred. In response to an inquiry from the Court as to whether Defendant was still pressing the Motion, Defendant indicated to the Court that he wished to continue with his present counsel.

Accordingly, the Motion is DENIED without prejudice.

So ordered.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 24, 2007