**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 00-122S** |
| | ) | |
| **TIMI WALLACE** | ) | |

---

## NOTICE OF APPEAL

Now comes the accused, Timi Wallace, by and through his counsel, and hereby notices the appeal of his sentence in this case to the First Circuit Court of Appeals.

Respectfully submitted
Timi Wallace
By his attorney,

/s/ Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
edward_roy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Lee Vilker, AUSA on the 25th day of May 2007.

/s/ Edward C. Roy