IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

VS. : CR NO.00-122S

TIMI WALLACE :

NOTICE OF APPEAL

Comes now the defendant,TIMI WALLACE,PRO-SE,and gives notice of appeal from the judgment and sentence imposed by this court on MAY 24 2007; Respectfully submitted this 25 day of MAY 2007.

Sincerly,

TIMI WALLACE
56593054
Donald W. Wyatt Detention
950 High Street
Central Falls, RI. 02863.

CERTIFICATION

I hereby certify that the original copy of the enclose document were sent Via institution U.S Mail to: U.S District Court, District of Rhode Island, Two Exchange Terrace, Providence, RI. 02903, this 25 day of MAY,2007.

CC.: Lee H. Vilker
AUSA,
U.S. Attorneys Office
50 Kennedy Plaza 8 Floor
Providence, RI. 02903.

TIMI WALLACE