00-00122
USDC/RI
Smith, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1843

UNITED STATES
Appellee

v.

TIMI WALLACE
Defendant - Appellant

**JUDGMENT**

Entered: June 19, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 07-1884.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG
By: ______________
Operations Manager

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

lg
**Deputy Clerk**

**Date:** 6/19/07

[cc: Edward C. Roy, Esq., Timi Wallace, Donald Lockhart, AUSA]