**United States District Court**
**for the District of Rhode Island**

United States of America

vs.  Case No. CR00-122-02S

Timi Wallace

**EXHIBIT RECEIPT**

Government's exhibit(s)
(8 guns) #'s - 1, 2, 3, 4, 5, 6, 26, 29

1A, 2A, 3a, 4A, 5A, 6A, 27, 28, 30, 31, 32, 33

Signature of ~~Attorney~~ Agent:

P. Troiano, S/A ATF

David A. DiMarzio, Clerk

Wendy Gentile
Deputy Clerk