# United States Court of Appeals
## For the First Circuit

No. 07-1884

UNITED STATES,
Appellee,

v.

TIMI WALLACE,
Defendant, Appellant.

**ORDER OF COURT**

Entered: September 18, 2007

The motion to reinstate this appeal is granted.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:______________________
Chief Deputy Clerk.

[certified copy: Honorable William E. Smith, David DiMarzio, Clerk, United States District Court for the District of Rhode Island]
[cc: Timi Wallace, Edward Roy, Esq., Donald Lockhart, AUSA]