MANDATE

USDC/RI
00-00122
Laguex, J

# United States Court of Appeals
## For the First Circuit

No. 06-2606

UNITED STATES,

Appellee,

v.

NICKOYAN WALLACE,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

**JUDGMENT**

Entered: May 23, 2008

Appellant challenges the 204 month sentence of imprisonment imposed upon his resentencing in connection with his conviction for the armed robbery of several firearms. First, we note that by requesting that the court treat the guidelines as mandatory, appellant waived the argument that the court erred under United States v. Booker, 543 U.S. 220 (2005).

Second, were we to treat appellant's arguments as falling short of a waiver and apply plain error review, appellant could not establish a "reasonable probability that the district court, freed of mandatory guidelines, would have given him a lower sentence." United States v. Antonakopoulos, 399 F.3d 68, 83 (1st Cir. 2005). His argument that, freed of mandatory guidelines, the court was likely to have imposed a lower sentence in light of his post-conviction rehabilitation efforts is belied by the record. The rehabilitation argument made during the resentencing hearing failed to persuade the court to lower the sentence from near the top of the guideline range.

The judgment is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Mt
Deputy Clerk

Date: 6/16/08

cc:
Fox, James Michael
Lockhart, Donald
Wallace, Nickoyan